IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| In Re: | ) | CHAPTER 13 |
|---|---|---|
| | ) | CASE NO. 15-60059 |
| John C. Shuman | ) | JUDGE Russ Kendig |
| Pamela J. Shuman | ) | |
| | ) | **WITHDRAW OF DOCUMENT:** |
| | ) | **OBJECTION TO CAVALRY SPV I, LLC** |
| | ) | **PROOF OF CLAIM (CLAIM #11)** |
| | ) | |

    Now comes James R. Galehouse, Attorney for the Debtors, to hereby withdraw the previously filed Objection to Cavalry SPV I, LLC Proof of Claim. Debtors are only withdrawing the objection filed on July 13, 2015. The Creditor filed a new proof of claim recently.

    Respectfully Submitted,

    /s/ James R. Galehouse
    James R. Galehouse (0084867)
    Rauser and Associates
    Attorney for Debtors
    401 W. Tuscarawas St Ste 400
    Canton, OH 44702
    330-456-6505

## CERTIFICATE OF SERVICE:

I hereby certify that the foregoing Withdraw of Document was electronically transmitted on or about August 17, 2015 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail List:

- Scott D. Fink    ecfndoh@weltman.com

- James R. Galehouse    jgalehouse@ohiolegalclinic.com, jamesgalehouse@yahoo.com;nkrenisky@ohiolegalclinic.com;rausermail@ohiolegalclinic.com;jrauser@ohiolegalclinic.com;rauserlaw@gmail.com;rauser@bestclientinc.com;rauserandassociates@gmail.com

- Toby L Rosen    trosen@chapter13canton.com, trosen@ecf.epiqsystems.com

- United States Trustee    (Registered address)@usdoj.gov

- Toby L Rosen trose12    LWEIR@CHAPTER13CANTON.COM

I further certify that the following received notice by regular U.S. Mail at the specified address on the date first set forth above:

**Debtor:**
John & Pamela Shuman
9326 Columbus Rd. NE
Louisville, OH 44641

**Creditor:**
Cavalry SPV I, LLC
c/o Bass & Associates, PC
3936 E. Ft Lowell Rd. #200
Tucson, AZ 85712

/s/ James R. Galehouse
James R. Galehouse (0084867)